# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2017

## NO. 03-16-00714-CR

**Vernon Lynn Dalton, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the trial court. Vernon Lynn Dalton has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Vernon Lynn Dalton to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.